856 A.2d 32

**In the Matter of Joseph Peter GUARRASI.**

**No. 934 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 24, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of June, 2004, the Joint Petition for Temporary Suspension is granted, and it is hereby OR-

---

DERED that Joseph Peter Guarrasi is placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., until further definitive action by this Court. It is further ORDERED that respondent shall comply with all the provisions of Rule 217, Pa.R.D.E.